

FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal No. **07CR3145-L**
                                      )
11                  Plaintiff,        )   **CONSENT TO RULE 11 PLEA IN A**
                                      )   **FELONY CASE BEFORE UNITED**
12   v.                               )   **STATES MAGISTRATE JUDGE**
                                      )
13   **ADEN RODRIGUEZ,**              )
                                      )
14                  Defendant.        )
                                      )
15   ─────────────────────────────────)

16        I have been advised by my attorney and by the United States

17   Magistrate Judge of my right to enter my plea in this case before

18   a United States District Judge.  I hereby declare my intention to

19   enter a plea of guilty in the above case, and I request and

20   consent to have my plea taken by a United States Magistrate Judge

21   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23   United States Magistrate Judge, and the Magistrate Judge

24   recommends that the plea be accepted, the assigned United States

25   District Judge will then decide whether to accept or reject any

26   plea agreement I may have with the United States and will

27   adjudicate guilt and impose sentence.

28        I further understand that any objections to the Magistrate

07CR3145-L

1  Judge's findings and recommendation must be filed within 14 days

2  of the entry of my guilty plea.

3

4

5  Dated: DECEMBER 4, 2007                    _____
                                              ADEN RODRIGUEZ
6                                             Defendant

7

8

9  Dated: DECEMBER 4, 2007                    _____
                                              RICARDO GONZALEZ
10                                            Attorney for Defendant

11

12     The United States Attorney consents to have the plea in this

13  case taken by a United States Magistrate Judge pursuant to

14  Criminal Local Rule 11.2.

15

16

17  Dated: DECEMBER 4, 2007                   _____
                                              MARK CONOVER
18                                            Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

2