U.S.A. vs __Aden Rodriguez__ No. __07CR3145L__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __12-4-07__ and ended on __2-25-08__ ; ( ✓ )(I)
_____ and ended on _____ . (   )

__3161(h)__

___ (1)(A)   Exam or hrg for **mental or physical incapacity**

___ (1)(B)   **NARA exam**ination (28:2902)

___ (1)(D)   State or Federal trials or **other charges pending**

___ (1)(E)   **Interlocutory appeals**

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days

___          Misc proc: Parole or prob rev, deportation, **extradition**

___ (1)(H)   **Transportation** from another district or to/from examination or hospitalization in ten days or less

✗ (1)(I)    Consideration by Court of **proposed plea agreement**

___ (2)      **Prosecution deferred** by mutual agreement

___ (3)(A)(B) **Unavailability of defendant or essential witness**

___ (4)      Period of **mental or physical incompetence** of defendant to stand trial

___ (5)      Period of **NARA commitment or treatment**

___ (6)      **Superseding indictment and/or new charges**

___ (7)      **Defendant awaiting trial of co-defendant** when no severance has been granted

___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.
               (Continuance - miscarriage of justice)

✓             2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted.
               (Continuance - tendered a guilty plea)

___ (8)(B)(ii)  2) **Case unusual or complex**

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (3)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare
               (Continuance re counsel)

___ 3161(I)   Time up to **withdrawal of guilty plea**

___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days

Date __12-4-07__                              _CAB_
                                         Judge's Initials

Margin codes: A B C D E F G H 6 (7) I M N O P R T (T1) T2 T3 T4 U