1  KAREN P. HEWITT
   United States Attorney
2  PAUL S. COOK
   Assistant U.S. Attorney
3  California State Bar No. 79010
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619)557-5687/(619)235-2757(Fax)
   Email: paul.cook@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Criminal Case No. 07cr3145-L
                                 )
11                  Plaintiff,   )
                                 )   NOTICE OF APPEARANCE
12          v.                   )
                                 )
13  ADEN RODRIGUEZ,              )
                                 )
14                  Defendant.   )
    ─────────────────────────────)

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead

18  counsel in the above-captioned case.   I certify that I am

19  admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21      The following government attorneys (who are admitted to

22  practice in this court or authorized to practice under CivLR

23  83.3.c.3-4) are also associated with this case, should be listed

24  as lead counsel for CM/ECF purposes, and should receive all

25  Notices of Electronic Filings relating to activity in this case:

26      Name - "None"

27

28

1    Effective this date, <u>the following attorneys are no longer</u>

2    <u>associated with this case</u> and should <u>not</u> receive any further

3    Notices of Electronic Filings relating to activity in this case

4    (if the generic "U.S. Attorney CR" is still listed as active in

5    this case in CM/ECF, please terminate this association):

6    Please call me if you have any questions about this notice.

7    DATED: February 8, 2008.

8

9                                    Respectfully submitted,

10                                   KAREN P. HEWITT
                                     United States Attorney

11
                                     <u>s/Paul S. Cook</u>
12                                   PAUL S. COOK
                                     Assistant United States Attorney
13                                   Attorney for Plaintiff
                                     United States of America
14                                   Email: paul.cook@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3145-L |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ADEN RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                    Ricardo Gonzalez
                    ricardo@attorneygonzalez.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

                    None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 8, 2008.


                    s/Paul S. Cook
                    PAUL S. COOK

3