1 **RICARDO M. GONZALEZ**
Attorney at Law
2 California State Bar No. 98993
110 W. Broadway, Suite 1950
3 San Diego, California 92101
Telephone: (619) 238-9910
4 Fax: (619) 238-9914

5 Attorney for Defendant
**Aden Rodriguez**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | Case No. 07cr 3145-L |
| vs. | ) | **STIPULATION TO CONTINUE** |
| ADEN RODRIGUEZ, | ) | **SENTENCING DATE** |
| Defendant. | ) | |

**COMES NOW** the defendant Aden Rodriguez, by and through his counsel, Ricardo M. Gonzalez, and the plaintiff, UNITED STATES OF AMERICA, through its counsel Karen P. Hewitt and Paul Cook, United States Assistant Attorney, and jointly stipulate to continue the Sentencing Date of defendant Aden Rodriguez, in the above-entitled cause before Honorable James Lorenz, United States District Court Judge, from Monday, February 25, 2008 at 8:30 a.m. to **April 1, 2008 at 8:30 a.m.**

This request is based on the following grounds: The defense needs additional time to provide documents to be submitted along with a Sentencing Memorandum that may impact defendant's sentence.

The Untied States Attorney, Paul Cook, has been contacted and joins in this in this request.

1   Counsel for defendant, Ricardo M. Gonzalez, certifies that the content of this document
2   is acceptable to all persons required to sign the document and obtained the authorization for the
3   electronic signature of all parties on this document.

4

5   Dated: February 21, 2008          /s/Ricardo M. Gonzalez
6                                     RICARDO M. GONZALEZ
                                      Attorney for Defendant
7                                     Aden Rodriguez

8                                     UNITED STATES OF AMERICA

9
10  Dated: February 21, 2008          /s/Paul Cook
                                      PAUL COOK
11                                    Assistant United States Attorney