**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed Defendant's Joint Stipulation to continue the Sentencing Date with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                      Respectfully submitted,

DATED: 02/21/08                          */s/Ricardo M. Gonzalez*
                                               RICARDO M. GONZALEZ, ESQ.
                                               Attorney for Defendant