# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 07cr3145 |
| Plaintiff, ) | |
| ) | **ORDER FOR CONTINUANCE** |
| vs. ) | **OF SENTENCING** |
| ) | |
| ADEN RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

**IT IS HEREBY ORDERED** that the motion hearing presently set for Monday, February 25, 2008 at 8:30 a.m., be continued until April 1, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: February 22, 2008

_____
M. James Lorenz
United States District Court Judge